**Motion Granted; Order filed March 12, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00683-CV**
**NO. 14-12-00702-CV**
_____

**WASHINGTON SQUARE FINANCIAL, L.L.C. D/B/A IMPERIAL STRUCTURED SETTLEMENTS, Appellant**

**V.**

**RSL FUNDING, LLC, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-49166**

## ORDER

Cross-appellant RSL Funding, LLC's brief was originally due November 29, 2012. We granted three extensions of time to file cross-appellant's brief until March 1, 2013. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On March 1, 2013, counsel filed a further request for extension of time to file

cross-appellant's brief.    We grant the request for extension.  Accordingly, we order cross-appellant RSL Funding to file a brief with the clerk of this court on or before **March 22, 2013**.  If RSL Funding does not timely file the brief as ordered, the court will consider dismissing the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.